**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Crossed Industries, L.L.C.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Hoppy's by Crossed Industries** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-0885658** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**31499 US-27**<br>**Haines City, FL 33844**<br>Number, Street, City, State & ZIP Code<br><br>**Polk**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.crossedindustries.com and www.centralfloridaboat.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Crossed Industries, L.L.C.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3731__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  **Crossed Industries, L.L.C.**                                                    Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Crossed Industries, L.L.C.**                                     Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Crossed Industries, L.L.C.**                              Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 20, 2023**
                MM / DD / YYYY

**X** **/s/ Charles B. Hickcox III**                              **Charles B. Hickcox III**
Signature of authorized representative of debtor                  Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Ainsworth**                      Date **November 20, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone   **407 894 6834**   Email address   **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Crossed Industries, L.L.C.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 20, 2023**      X */s/ Charles B. Hickcox III*
                                           Signature of individual signing on behalf of debtor

                                           **Charles B. Hickcox III**
                                           Printed name

                                           **Managing Member**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Crossed Industries, L.L.C.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amera Trail Trailers 2525 Amera Trail Saint Cloud, FL 34773 | | vendor | | | | $13,004.00 |
| Department of Revenue 400 W. Robinson Street Suite N302 Orlando, FL 32801-1759 | | sales tax | | | | $13,157.00 |
| Family Funding Group 1021 38th Street Ste 501 Brooklyn, NY 11219 | | MCA | Contingent Unliquidated Disputed | | | $35,975.00 |
| Front Capitol 111 NE 1st Street 8th Floor #8449 Miami, FL 33132 | | loan | Contingent Unliquidated Disputed | | | $52,100.00 |
| Fundbox Micro 1500 Dallas Parkway, Ste 700 Plano, TX 75024 | | Line of Credit | Contingent Unliquidated Disputed | | | $1,000.00 |
| Hall Communications Inc. 404 West Lime Street Lakeland, FL 33815 | | advertising | Disputed | | | $7,200.00 |
| Hoppy's Marine and Sports Center Inc. 7 Hickory Way Winter Haven, FL 33881 | | Purchase agreement | Contingent Unliquidated Disputed | | | $425,719.71 |

| Debtor | **Crossed Industries, L.L.C.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Ingram Family Trust 7 Hickory Way Winter Haven, FL 33880** | | unpaid rent | **Contingent** | | | **$18,500.00** |
| **Internal Revenue Service 400 W. Bay Street Suite 35045 Stop 5730 Jacksonville, FL 32202** | | payroll tax | | | | **$12,000.00** |
| **Kimball Midwest 4800 Roberts Road Columbus, OH 43228** | | vendor | | | | **$1,844.33** |
| **Land N' Sea Distributing Inc PO Box 951905 Dallas, TX 75395-1905** | | parts | | | | **$4,099.73** |
| **LG Funding 1218 Union Street Brooklyn, NY 11225** | | MCA | **Contingent Unliquidated Disputed** | | | **$42,000.00** |
| **Martin Law Group PL 1420 Celebration Blvd Ste 200 Kissimmee, FL 34747** | | legal fees | | | | **$3,800.00** |
| **Northpoint Comm Finance 1105 Lakewood Pkwy Ste 210 Alpharetta, GA 30009** | | 2023 StarCraft EX Fish 20 FD TBD 2023 Mercury MC90ELPT 4ST 3B296974 2023 Starcraft EX 20 FD4 STR80805K223 2023 Mercury 115ELPT FOURSTROKE 3B310175 | **Contingent** | $455,155.41 | $298,735.73 | $156,419.68 |
| **Salaryo Inc. 43 W 23rd Street New York, NY 10010** | | MCA | **Contingent Unliquidated Disputed** | | | **$177,777.78** |
| **U.S. Small Business Loan 721 19th Street Third Floor Denver, CO 80202** | | Inventory, parts and supplies | | $173,500.00 | $20,000.00 | $153,500.00 |

| Debtor | **Crossed Industries, L.L.C.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vivian Capitol c/o LLC 486 Market Street Newark, NJ 07105** | | **MCA** | **Contingent Unliquidated Disputed** | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name **Crossed Industries, L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $ 338,530.95

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $ 338,530.95

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ 628,655.41

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ 25,157.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 783,020.55

4. Total liabilities ....................................................................................
    Lines 2 + 3a + 3b      $ 1,436,832.96

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Crossed Industries, L.L.C.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.   **Cash on hand** | | | **$500.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking Account** | **8152** | **$10.65** |
| 3.2. | **Wells Fargo** | **Checking Account** | **5522** | **$2,369.57** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.** | **$2,880.22** |

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | 7.1.   **Corporate Client Services** | **$9,565.00** |
|---|---|---|

Debtor   **Crossed Industries, L.L.C.**                                      Case number *(If known)* _____

     Name

---

7.2.   **Landlord ($5,000.00)** _____     **$0.00**

---

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                               **$9,565.00**

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

      11a. 90 days old or less:     **3,000.00**   -   **3,000.00**  = ....     **$0.00**

                       face amount                      doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                           **$0.00**

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** **Inventory, parts and supplies** | | **$0.00** | | **$20,000.00** |

23.     **Total of Part 5.**                                                           **$20,000.00**

      Add lines 19 through 22. Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
      ☑ No

Debtor    **Crossed Industries, L.L.C.**_____    Case number *(If known)* _____
          Name

☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ■ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No.  Go to Part 8.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers, printers | **$0.00** | | **$350.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                           | **$350.00** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

Debtor   **Crossed Industries, L.L.C.**                              Case number *(If known)* _____
         Name

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

|  | | | |
|---|---|---|---|
| 48.1. | **2023 StarCraft EX Fish 20 FD TBD** | | |
| | **2023 Mercury MC90ELPT 4ST 3B296974** | | |
| | **2023 Starcraft EX 20 FD4 STR80805K223** | | |
| | **2023 Mercury 115ELPT FOURSTROKE 3B310175** | | |
| | **2023 AmeraTrail APA 1820 TE Aluminum 4DJAB202** | | |
| | **2023 Starcraft EXS-1 STR81414K223** | | |
| | **2023 Mercury 150XL FOURSTROKE 3B333517** | | |
| | **2022 Road King RKAP 18-22TB 5MUBB222XPF028145** | | |
| | **2023 Starcraft EXS-3 STR83126A323** | | |
| | **2023 Mercury 150XL PRO XS 3B338086** | | |
| | **2023 Road King RKAWP 24-26TB 5MUBB2427PF02892** | | |
| | **2023 Starcraft EXS-3 Q STR83456B323** | | |
| | **2023 Mercury 200XL PRO XS** | | |
| | **2023 AmeraTrail APA 2224 TE Aluminum 4DJSB242** | | |
| | **2023 Starcraft LX 16 F STR83454B323** | | |
| | **2023 Mercury 40ELPT COMMAND THRUST FOURSTROKE** | | |
| | **2022 Road King RKAP 16-20 5MUBB2018PF028977** | | |
| | **2023 Starcraft LX 18 F STR82608A323** | | |
| | **2023 Mercury 60ELPT COMMAND THRUST FOURSTROKE** | | |
| | **2023 Starcraft LX 22 R STR82606A323** | | |
| | **2023 Mercury 115ELPT COMMAND THRUST FOURSTROK** | | |
| | **2022 Road King RKAP 18-22TB 5MUBB2229PF028895** | $0.00 | $298,735.73 |

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
      **Oversized shop fan**                                          $0.00                    $2,000.00

51.   **Total of Part 8.**                                                          | $300,735.73 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

Debtor    **Crossed Industries, L.L.C.**                                Case number *(If known)* _____
          <sub>Name</sub>

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial lease for premises located at 31499 US Hwy 27, Haines City, FL 33844** | **Leasehold Interest** | **$0.00** | | **$0.00** |

56.      **Total of Part 9.**                                                                        | **$0.00** |

         Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
         Copy the total to line 88.

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**
         ■ No
         ☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites www.crossedindustries.com www.centralfloridaboat.com** | **$0.00** | | **$0.00** |
| 62.    **Licenses, franchises, and royalties Automobile Warranty (0253) Service Warranty (0252)** | **$0.00** | | **$0.00** |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

Debtor   **Crossed Industries, L.L.C.**                                   Case number *(If known)* _____
_____
Name

66.   **Total of Part 10.**                                                                        | $0.00 |

     Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:   All other assets**

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
     Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**
     **Cause of action against Matthew Ingram, Donald Ingram, and Michael Ingram**                   **Unknown**

     Nature of claim        **Breach of contract**
     Amount requested           **$0.00**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **Contracts under consignment**                   **$5,000.00**

78.   **Total of Part 11.**                                                                       | $5,000.00 |

     Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Debtor | **Crossed Industries, L.L.C.** | | Case number *(If known)* | |
| | Name | | | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,880.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,565.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $300,735.73 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $338,530.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $338,530.95 |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Crossed Industries, L.L.C.** |
| United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA |
| Case number (if known)    _____ |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| 2.1   **Northpoint Comm Finance**<br>Creditor's Name<br><br><br><br>**1105 Lakewood Pkwy<br>Ste 210<br>Alpharetta, GA 30009**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number<br>3403**<br>**Do multiple creditors have an<br>interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | Describe debtor's property that is subject to a lien<br>**2023 StarCraft EX Fish 20 FD TBD<br>2023 Mercury MC90ELPT 4ST 3B296974<br>2023 Starcraft EX 20 FD4 STR80805K223<br>2023 Mercury 115ELPT FOURSTROKE<br>3B310175<br>2023 AmeraTrail APA 1820 TE Aluminum<br>4DJAB202<br>2023 Starcraft EXS-1 STR81414K223<br>2023 Me**<br><br>Describe the lien<br>**Floor Plan**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $455,155.41 | $298,735.73 |
| 2.2   **U.S. Small Business Loan**<br>Creditor's Name<br>**721 19th Street<br>Third Floor<br>Denver, CO 80202**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | Describe debtor's property that is subject to a lien<br>**Inventory, parts and supplies**<br><br><br>Describe the lien<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | $173,500.00 | $20,000.00 |

Debtor    **Crossed Industries, L.L.C.**                                    Case number (*if known*) _____
_____
Name

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**3/4/2022**
**Last 4 digits of account number**
**9106**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$628,655.41** |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Crossed Industries, L.L.C.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address **Department of Revenue 400 W. Robinson Street Suite N302 Orlando, FL 32801-1759** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $13,157.00 | $13,157.00 |
| | Date or dates debt was incurred | Basis for the claim: **sales tax** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address **Internal Revenue Service 400 W. Bay Street Suite 35045 Stop 5730 Jacksonville, FL 32202** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $12,000.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: **payroll tax** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Crossed Industries, L.L.C.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,004.00 |
|---|---|---|---|

**Amera Trail Trailers**
**2525 Amera Trail**
**Saint Cloud, FL 34773**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,975.00 |
|---|---|---|---|

**Family Funding Group**
**1021 38th Street**
**Ste 501**
**Brooklyn, NY 11219**

Date(s) debt was incurred _____

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52,100.00 |
|---|---|---|---|

**Front Capitol**
**111 NE 1st Street**
**8th Floor #8449**
**Miami, FL 33132**

Date(s) debt was incurred  **10/13/2022**

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Fundbox Micro**
**1500 Dallas Parkway, Ste 700**
**Plano, TX 75024**

Date(s) debt was incurred _____

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|

**Hall Communications Inc.**
**404 West Lime Street**
**Lakeland, FL 33815**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **advertising**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $425,719.71 |
|---|---|---|---|

**Hoppy's Marine and Sports**
**Center Inc.**
**7 Hickory Way**
**Winter Haven, FL 33881**

Date(s) debt was incurred  **7/15/22**

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Purchase agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,500.00 |
|---|---|---|---|

**Ingram Family Trust**
**7 Hickory Way**
**Winter Haven, FL 33880**

Date(s) debt was incurred  **7/8/2022**

Last 4 digits of account number _____

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Crossed Industries, L.L.C.**                          Case number (if known) _____
          Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,844.33 |
|---|---|---|---|

**Kimball Midwest**
**4800 Roberts Road**
**Columbus, OH 43228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,099.73 |
|---|---|---|---|

**Land N' Sea Distributing Inc**
**PO Box 951905**
**Dallas, TX 75395-1905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **parts**

Last 4 digits of account number  **2955**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,000.00 |
|---|---|---|---|

**LG Funding**
**1218 Union Street**
**Brooklyn, NY 11225**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/11/2022**

Basis for the claim:  **MCA**

Last 4 digits of account number  **7099**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**Martin Law Group PL**
**1420 Celebration Blvd**
**Ste 200**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,777.78 |
|---|---|---|---|

**Salaryo Inc.**
**43 W 23rd Street**
**New York, NY 10010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/14/2023**

Basis for the claim:  **MCA**

Last 4 digits of account number  **3185**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vivian Capitol**
**c/o LLC**
**486 Market Street**
**Newark, NJ 07105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/14/2022**

Basis for the claim:  **MCA**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor  **Crossed Industries, L.L.C.**                                    Case number (*if known*) _____
        Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 25,157.00 |
| **5b. Total claims from Part 2** | 5b. **+** $ | 783,020.55 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 808,177.55 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Crossed Industries, L.L.C.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Consignment Contract** | |
| State the term remaining | **Bill Snively** |
| List the contract number of any government contract | **PO Box 1259**<br>**Haines City, FL 33844** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Dealership agreement** | |
| State the term remaining | **Colony Bank** |
| List the contract number of any government contract | **PO Box 989**<br>**Fitzgerald, GA 31750** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Consignment Contract** | |
| State the term remaining | **David Linton** |
| List the contract number of any government contract | **114 Majestic Garden Court**<br>**Winter Haven, FL 33880** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **Dealership agreement** | |
| State the term remaining | **Epic Finance** |
| List the contract number of any government contract | **5101 Dunlea Ct Ste 203**<br>**Wilmington, NC 28405** |

Debtor 1    **Crossed Industries, L.L.C.**                                    Case number *(if known)* _____
     First Name     Middle Name     Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Consignment Contract**<br><br><br><br>**Graham Richards<br>3212 Ligstrum Lane<br>Kissimmee, FL 34746** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Dealership agreement**<br><br><br><br>**Huntington Bank<br>5555 Cleveland Ave GW5C48<br>Columbus, OH 43231** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease premises located at 31499 US Highway 27 South, Haines City, FL 33844**<br>**41 months**<br><br>**Ingram Family Limited Partnership<br>7 Hickory Way<br>Winter Haven, FL 33881** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Consignment Contract**<br><br><br><br>**Jason Brewer<br>305 4th Street S<br>Dundee, FL 33838** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Consignment Contract**<br><br><br><br>**Mark Kluytenaar<br>1803 Sandhill ln<br>Winter Haven, FL 33884** |

Debtor 1   **Crossed Industries, L.L.C.**
　　　　　First Name　　Middle Name　　Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Dealership agreement** | |
|---|---|---|---|
| | State the term remaining | | **Medallion Bank** |
| | List the contract number of any government contract | | **1100 East 6600 South Ste 510** |
| | | | **Salt Lake City, UT 84121** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Dealership agreement** | |
|---|---|---|---|
| | State the term remaining | | **Merrick Bank** |
| | List the contract number of any government contract | | **10705 South Jordan Gateway** |
| | | | **Ste 200** |
| | | | **South Jordan, UT 84095** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Contract** | |
|---|---|---|---|
| | State the term remaining | | **Zaben Hikmat** |
| | List the contract number of any government contract | | **7368 Bent Grass Drive** |
| | | | **Winter Haven, FL 33884** |

---

**Fill in this information to identify the case:**

Debtor name    **Crossed Industries, L.L.C.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Charles Hickcox III** | **2805 Winterset Park Winter Haven, FL 33884** | **Ingram Family Trust** | ☐ D _____<br>■ E/F  **3.7**<br>☐ G _____ |
| 2.2 | **Charles Hickcox III** | **2805 Winterset Park Winter Haven, FL 33884** | **Northpoint Comm Finance** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Charles Hickcox III** | **2805 Winterset Park Winter Haven, FL 33884** | **Salaryo Inc.** | ☐ D _____<br>■ E/F  **3.12**<br>☐ G _____ |
| 2.4 | **Charles Hickcox III** | **2805 Winterset Park Winter Haven, FL 33884** | **Hoppy's Marine and Sports** | ☐ D _____<br>■ E/F  **3.6**<br>☐ G _____ |
| 2.5 | **Charles Hickcox III** | **2805 Winterset Park Winter Haven, FL 33884** | **Front Capitol** | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |

---

| Debtor | **Crossed Industries, L.L.C.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Randelle Hickcox | 2805 Winterset Park<br>Winter Haven, FL 33884 | Hoppy's Marine and Sports | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.7 | Randelle Hickcox | 2805 Winterset Park<br>Winter Haven, FL 33884 | Ingram Family Trust | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.8 | Randelle Hickcox | 2805 Winterset Park<br>Winter Haven, FL 33884 | Northpoint Comm Finance | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Charles Hickcox III | 2805 Winterset Park<br>Winter Haven, FL 33884 | Colony Bank | ☐ D _____<br>☐ E/F _____<br>■ G __2.2__ |
| 2.10 | Charles Hickcox III | 2805 Winterset Park<br>Winter Haven, FL 33884 | Huntington Bank | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
| 2.11 | Charles Hickcox III | 2805 Winterset Park<br>Winter Haven, FL 33884 | Medallion Bank | ☐ D _____<br>☐ E/F _____<br>■ G __2.10__ |
| 2.12 | Charles Hickcox III | 2805 Winterset Park<br>Winter Haven, FL 33884 | Merrick Bank | ☐ D _____<br>☐ E/F _____<br>■ G __2.11__ |
| 2.13 | Charles Hickcox III | 2805 Winterset Park<br>Winter Haven, FL 33884 | Ingram Family Limited | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |

Debtor   **Crossed Industries, L.L.C.**        Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
| :-- |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.14 | Randelle Hickcox | 2805 Winterset Park<br>Winter Haven, FL 33884 | Colony Bank | ☐ D _____<br>☐ E/F _____<br>■ G   **2.2** |
| 2.15 | Randelle Hickcox | 2805 Winterset Park<br>Winter Haven, FL 33884 | Huntington Bank | ☐ D _____<br>☐ E/F _____<br>■ G   **2.6** |
| 2.16 | Randelle Hickcox | 2805 Winterset Park<br>Winter Haven, FL 33884 | Medallion Bank | ☐ D _____<br>☐ E/F _____<br>■ G   **2.10** |
| 2.17 | Randelle Hickcox | 2805 Winterset Park<br>Winter Haven, FL 33884 | Merrick Bank | ☐ D _____<br>☐ E/F _____<br>■ G   **2.11** |
| 2.18 | Randelle Hickcox | 2805 Winterset Park<br>Winter Haven, FL 33884 | Ingram Family Limited | ☐ D _____<br>☐ E/F _____<br>■ G   **2.7** |

**Fill in this information to identify the case:**

Debtor name **Crossed Industries, L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,322,738.09** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,529,475.65** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,058,071.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  **Crossed Industries, L.L.C.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Family Funding Group**<br>1021 38th Street<br>Ste 501<br>Brooklyn, NY 11219 | Aug. 16 -<br>November<br>16, 2023 | $9,993.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Northpoint Comm Finance**<br>1105 Lakewood Pkwy<br>Ste 210<br>Alpharetta, GA 30009 | Aug. 16 -<br>November<br>16, 2023 | $82,260.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Bruncorp (Mercury Marine)** | Aug. 16 -<br>November<br>16, 2023 | $18,489.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Corporate Client Services**<br>1880 North Congress Avenue Ste 211<br>Boynton Beach, FL 33426 | Aug. 16 -<br>November<br>17, 2023 | $32,037.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.5. **Department of Revenue**<br>400 W. Robinson Street<br>Suite N302<br>Orlando, FL 32801-1759 | Aug. 16 -<br>November<br>16, 2023 | $12,709.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Land N' Sea Distributing Inc**<br>PO Box 951905<br>Dallas, TX 75395-1905 | Aug. 16 -<br>November<br>16, 2023 | $14,861.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Nexi Funding** | Aug. 16 -<br>November<br>16, 2023 | $16,635.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Merchant Cash Advance** |
| 3.8. **Salaryo Inc.**<br>43 W 23rd Street<br>New York, NY 10010 | Aug. 16 -<br>November<br>16, 2023 | $32,977.21 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Crossed Industries, L.L.C.**                                                     Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.    **Rapid Finance** | **Aug. 16 - November 16, 2023** | $13,796.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Joseph and Michelle Sedgwick**<br><br>**Family members of Charles Hickcox** | **5/26/2023, 6/21/2023, 8/7/2023** | $77,000.00 | **Loan repayment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Crossed Industries, LLC, LLC d/b/a Hoppy's by the Crossed Industries by and through its Registered Agent, Charles Hickcox**<br>**vs.**<br>**Matthew Ingram, Donald Ingram and Michael Ingram**<br>**2023-CA-000025** | **Breach of Contract** | **Polk County Clerk of Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **Crossed Industries, L.L.C.**                 Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Front Capital, LLC, a Florida Limited Liability Company, vs. Crossed Industries, LLC d/b/a Hoppy's by Crossed Industries, a Florida Limited Liability company, and Charles B. Hickcoc III, individually 2023-CA-021933** | | **Miami-Dade Clerk of the Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Ingram Family Trust vs. Crossed Industries, LLC, et al 2023CC-007898-0000-W** | Eviction | **Polk County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Hoppy's Marine and Sports vs. Crossed Industries, et al 2023CA-006581-0000** | Contract dispute | **Polk County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **Crossed Industries, L.L.C.**                                   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BransonLaw, PLLC**<br>**1501 E. Concord Street**<br>**Orlando, FL 32803** | **Attorney Fees** | **11/2023** | **$16,962.00** |
| | Email or website address<br>**jeff@bransonlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Corporate Client Services**<br>**1880 North Congress Avenue**<br>**Ste 211**<br>**Boynton Beach, FL 33426** | | **01/11/2023**<br>**to 11/2023** | **$158,599.48** |
| | Email or website address<br>**victoria@corpclientservices.com** | | | |
| | Who made the payment, if not debtor?<br>**Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Crossed Industries, L.L.C.**                                      Case number *(if known)* _____

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Thrift Savings Plan** | EIN: **1256538772** |

Has the plan been terminated?
☐ No
☑ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor   **Crossed Industries, L.L.C.**                                    Case number *(if known)* _____

---

Part 11: **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Boats on consignment | | 21 boats on consignment | Unknown |

---

Part 12: **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

Part 13: **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor  **Crossed Industries, L.L.C.**                     Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Fusion Growth Partners**<br>**Maria Volosenko**<br>**10 SE Central Parkway Ste 307**<br>**Stuart, FL 34994** | **8/26/2023 to present** |
| 26a.2.  **Karen G. Premuto, CPA**<br>**Campbell & Associates, PA CPA**<br>**201 Avenue G, SW**<br>**Winter Haven, FL 33880** | **9/10/23 to current** |
| 26a.3.  **Tina Cline**<br>**918 Valentina Dr**<br>**Dundee, FL 33838** | **7/12/2022 to 11/1/2022** |
| 26a.4.  **Ashley A. Batch**<br>**Florida Small Business Consultants Inc.**<br>**30 East Sanit Louis Ave**<br>**Eustis, FL** | **1/1/2022 to 12/13/222** |
| 26a.5.  **Rebekah Saunders**<br>**Patrick J. Dugas CPA PA**<br>**559 Ave K SE**<br>**Winter Haven, FL 33880** | **2/15/2023 to 6/30/2023** |
| 26a.6.  **Miriam Pichardo**<br>**1400 10th St NE**<br>**Winter Haven, FL 33881** | **7/3/2023-9/14/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Charles Hickcox III**<br>**2805 Winterset Park**<br>**Winter Haven, FL 33884** | |
| 26c.2.  **Randelle Hickcox**<br>**2805 Winterset Park**<br>**Winter Haven, FL 33884** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor  **Crossed Industries, L.L.C.**                              Case number *(if known)* _____

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Randelle Hickcox** | **11/12/2023** | **$200,000.00 cost basis** |

|  | Name and address of the person who has possession of inventory records |
|---|---|
|  | **Randelle Hickcox**<br>**2805 Winterset Park**<br>**Winter Haven, FL 33884** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Charles Hickcox III** | **2805 Winterset Park**<br>**Winter Haven, FL 33884** | **Managing Member** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Randelle Hickcox** | **2805 Winterset Park**<br>**Winter Haven, FL 33884** | **Managing Member** | **49%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Charles Hickcox III**<br>**2805 Winterset Park**<br>**Winter Haven, FL 33884** | **$40,692.43** | **11/2022 to 11/2023** | **Services provided** |
|  | **Relationship to debtor**<br>**Managing Member** | | | |
| 30.2. | **Randelle Hickcox**<br>**2805 Winterset Park**<br>**Winter Haven, FL 33884** | **$40,692.43** | **11/2022 to 11/2023** | **Services provided** |
|  | **Relationship to debtor**<br>**Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Debtor    **Crossed Industries, L.L.C.** _____    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 20, 2023** _____

**/s/ Charles B. Hickcox III** _____        **Charles B. Hickcox III** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re   **Crossed Industries, L.L.C.**                                                                  Case No. _____
                                                Debtor(s)                          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 20, 2023**                                    Signature   **/s/ Charles B. Hickcox III**
                                                                                       **Charles B. Hickcox III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re  **Crossed Industries, L.L.C.**                                     Case No.

                                              Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 20, 2023**                **/s/ Charles B. Hickcox III**

                                              **Charles B. Hickcox III/Managing Member**
                                              Signer/Title

Crossed Industries, L.L.C.
31499 US-27
Haines City, FL 33844

Front Capitol
111 NE 1st Street
8th Floor #8449
Miami, FL 33132

Kimball Midwest
4800 Roberts Road
Columbus, OH 43228

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

Fundbox Micro
1500 Dallas Parkway, Ste 700
Plano, TX 75024

Land N' Sea Distributing Inc
PO Box 951905
Dallas, TX 75395-1905

Amera Trail Trailers
2525 Amera Trail
Saint Cloud, FL 34773

Graham Richards
3212 Ligstrum Lane
Kissimmee, FL 34746

LG Funding
1218 Union Street
Brooklyn, NY 11225

Bill Snively
PO Box 1259
Haines City, FL 33844

Hall Communications Inc.
404 West Lime Street
Lakeland, FL 33815

Mark Kluytenaar
1803 Sandhill In
Winter Haven, FL 33884

Charles Hickcox III
2805 Winterset Park
Winter Haven, FL 33884

Hoppy's Marine and Sports
Center Inc.
7 Hickory Way
Winter Haven, FL 33881

Martin Law Group PL
1420 Celebration Blvd
Ste 200
Kissimmee, FL 34747

David Linton
114 Majestic Garden Court
Winter Haven, FL 33880

Ingram Family Limited
Partnership
7 Hickory Way
Winter Haven, FL 33881

Northpoint Comm Finance
1105 Lakewood Pkwy
Ste 210
Alpharetta, GA 30009

Department of Revenue
400 W. Robinson Street
Suite N302
Orlando, FL 32801-1759

Ingram Family Trust
7 Hickory Way
Winter Haven, FL 33880

Randelle Hickcox
2805 Winterset Park
Winter Haven, FL 33884

Epic Finance
5101 Dunlea Ct Ste 203
Wilmington, NC 28405

Internal Revenue Service
400 W. Bay Street
Suite 35045
Stop 5730
Jacksonville, FL 32202

Salaryo Inc.
43 W 23rd Street
New York, NY 10010

Family Funding Group
1021 38th Street
Ste 501
Brooklyn, NY 11219

Jason Brewer
305 4th Street S
Dundee, FL 33838

U.S. Small Business Loan
721 19th Street
Third Floor
Denver, CO 80202

Vivian  Capitol
c/o  LLC
486  Market  Street
Newark, NJ 07105


Zaben  Hikmat
7368  Bent  Grass  Drive
Winter Haven, FL 33884